UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM COMFORT,<br>  Defendant. | Docket No. 2:23-CR-48 |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, hereby moves to continue defendant William Comfort's sentencing hearing, currently scheduled on Monday, December 9, 2024, by 45 days. As reason therefore, additional time is needed to gather information relevant to sentencing. Comfort, through his counsel, does not oppose the instant request. Accordingly, the United States respectfully requests that the Court grant the instant motion.

Dated at Burlington, in the District of Vermont, December 2, 2024.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

*/s/ Nathanael T. Burris*
NATHANAEL T. BURRIS
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725