REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**same date/time\***

United States of America

    v.                                                              Case No. 2:23-cr-48-1

William Comfort

TAKE NOTICE that the above-entitled case has been rescheduled at 10:30 a.m. on Monday, March 31, 2025 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a Sentencing.

Location: Courtroom 410                                      JEFFREY S. EATON, Clerk
  *\*revised to update location only.*                  By: */s/ Lisa Wright*
                                                                               Deputy Clerk
                                                                               1/22/2025

TO:

Nathanael T. Burris, AUSA

Gregory A. Weimer, Esq.
Richard R. Goldsborough, Esq.

Court Reporter